# United States District Court
# For The Western District of North Carolina
# Statesville Division

DERRICK YOUNG,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO. 5:10CV101-2-MU

CHAD WADDELL, BOBBY HARLESS,
FNU CREWS, KENNETH JONES, JONNITA
WILLIAMS, AND INA HINTON,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 9, 2010, Order.

                                                       Signed: August 9, 2010

                                                        Frank G. Johns, Clerk
                                                        United States District Court